**Order entered October 10, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00768-CV

## IN THE GUARDIANSHIP OF RICHARD W. THOMPSON, JR., AN ALLEGED INCAPACITATED PERSON

**On Appeal from the Collin County Probate**
**Collin County, Texas**
**Trial Court Cause No. GA1-0261-2018**

## ORDER

On the Court's own motion, this appeal is **ABATED** pending resolution of

appellant's motion to transfer by the Texas Supreme Court.

/s/    LANA MYERS
       SENIOR JUSTICE